NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE: MOSA BOUTIQUE, LLC,**

*Appellant*

---

2017-1129

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 86195441.

---

**JUDGMENT**

---

MATTHEW FREDERICK, Reed Smith LLP, Philadelphia, PA, argued for appellant.

MARY BETH WALKER, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Joseph Matal. Also represented by NATHAN K. KELLEY, THOMAS W. KRAUSE, CHRISTINA HIEBER.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, TARANTO, and CHEN, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


January 12, 2018    /s/ Peter R. Marksteiner
Date        Peter R. Marksteiner
           Clerk of Court